## United States District Court for the Northern District of Illinois

Case Number: 08CV3826    Assigned/Issued By: DAJ

Judge Name: KENDALL    Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:* [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2910013

Date Payment Rec'd: 07/03/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

6  Original and  0  copies on 07/03/08 as to DEF'S. _____
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05