AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL IVY, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER POWERS, OFFICER CABALLERO, OFFICER KINSELLAS, OFFICER LARA, OFFICER MCKENNA, and the CITY OF CHICAGO, <br><br> Defendants. | **Summons** <br><br> No. 08CV3826 <br><br> Judge JUDGE KENDALL <br> Magistrate Judge MAGISTRATE JUDGE KEYS |

To: OFFICER CABALLERO
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk                  Date


Michael W. Dobbins, Clerk
*Anya Ellis* (signature)
-------------------------
(By) DEPUTY CLERK

July 3, 2008
-------------------------
Date

08CV3826

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 8/7/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. Caballero c/o Patricia Martin Chicago Police Dept. 3510 S. Michigan Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8/7/08
         Date

Signature of Server

c/o Metro Service Inc.   4647 W 103rd St
Address of Server         Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL IVY,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER POWERS, OFFICER CABALLERO, OFFICER KINSELLAS, OFFICER LARA, OFFICER MCKENNA, and the CITY OF CHICAGO,<br><br>Defendants. | Summons<br><br>No. 08CV3826<br><br>Judge JUDGE KENDALL<br>Magistrate Judge MAGISTRATE JUDGE KEYS |

To: OFFICER POWERS
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____        _____
(By) Deputy Clerk                                            Date

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

July 3, 2008

(By) DEPUTY CLERK                                            Date



08 CV 3826

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/7/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. POWERS c/o PATRICIA MARTIN Chicago Police Dept. 3510 S. MICHIGAN Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/7/08
Date

Signature of Server

c/o Metro Service Inc.  4647 W 103rd St
Address of Server           Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL IVY,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER POWERS, OFFICER CABALLERO, OFFICER KINSELLAS, OFFICER LARA, OFFICER MCKENNA, and the CITY OF CHICAGO,<br><br>Defendants. | **Summons**<br><br>No. 08CV3826<br><br>Judge **JUDGE KENDALL**<br>Magistrate Judge **MAGISTRATE JUDGE KEYS** |

To: OFFICER KINSELLAS
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____         _____
(By) Deputy Clerk                                                    Date

Michael W. Dobbins, Clerk
*Anya Ellis* (signature)
_____
(By) DEPUTY CLERK

                                                                    July 3, 2008
                                                                    _____
                                                                    Date

[Court Seal]

Received Fax : Aug 09 2008 11:09AM Fax Station : Law Offices P. 7
Case 1:08-cv-03826   Document 12   Filed 08/25/2008   Page 6 of 12

Jun.13 08 01:51p    Law Offices                         312-372-7076              p.12

08 CV 3826

AO 440 (Rev. 01/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 8/7/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: PO Kinsella c/o Pat Martin
Chicago Police Dept. 3510 S. Michigan
Chicago IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8/7/08
             Date                   Signature of Server

                                    c/o Metro Service Inc.  4647 W 103rd St
                                    Address of Server        Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL IVY, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER POWERS, OFFICER CABALLERO, OFFICER KINSELLAS, OFFICER LARA, OFFICER MCKENNA, and the CITY OF CHICAGO, <br><br> Defendants. | **Summons** <br><br> No. 08CV3826 <br><br> Judge **JUDGE KENDALL** <br> Magistrate Judge **MAGISTRATE JUDGE KEYS** |

To: OFFICER LARA
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____        _____
(By) Deputy Clerk                                                Date


Michael W. Dobbins, Clerk
*Anya Ellis*
-------------------------------                           July 3, 2008
(By) DEPUTY CLERK                                         -------------------------------
                                                          Date

08CV 3826

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | Date 8/7/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: D.O. LARA C/O Patricia Martin Chicago Police Dept. 3510 S. Michigan Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/7/08
            Date

Signature of Server: Kevin McWilliams

Address of Server: c/o Metro Service Inc. 4647 W 103rd St  Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL IVY, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER POWERS, OFFICER CABALLERO, OFFICER KINSELLAS, OFFICER LARA, OFFICER MCKENNA, and the CITY OF CHICAGO, <br><br> Defendants. <br><br> To: OFFICER MCKENNA <br> c/o Chicago Police Headquarters <br> 3510 S. Michigan Ave. <br> Chicago, IL 60653 | **Summons** <br><br> No. 08CV3826 <br><br> Judge **JUDGE KENDALL** <br> Magistrate Judge **MAGISTRATE JUDGE KEYS** |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____     _____
(By) Deputy Clerk                                                                 Date

Michael W. Dobbins, Clerk
*Anya Ellis* (signature)
_____
(By) DEPUTY CLERK

_____
July 3, 2008
Date



08 CV 3826

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 8/7/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. McKenna c/o Patricia Martin
Chicago Police Dept.
3510 S. Michigan
Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/7/08
    Date

Signature of Server

c/o Metro Service Inc.  4647 W 103rd St
Address of Server      Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL IVY,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER POWERS, OFFICER CABALLERO, OFFICER KINSELLAS, OFFICER LARA, OFFICER MCKENNA, and the CITY OF CHICAGO,<br><br>    Defendants.<br><br>To: CITY OF CHICAGO<br>C/o City Clerk<br>121 N. LaSalle, Room 107<br>Chicago, IL 60601 | **Summons**<br><br>No. 08CV3826<br>Judge JUDGE KENDALL<br>Magistrate Judge MAGISTRATE JUDGE KEYS |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> HORWITZ, RICHARDSON & BAKER LLC
> 20 S. Clark St. Suite 500
> Chicago, IL 60603
> Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) Deputy Clerk                                                        Date


Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

-------------------------------          July 3, 2008
(By) DEPUTY CLERK                                              Date

08CV3826

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | Date 8/7/08 |
| NAME OF SERVER (PRINT) Joseph Connolly | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City of Chicago c/o Nancy Niemask, 121 N. LaSalle RM 107 Chicago IL 60601

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/7/08
Date

Signature of Server: Joseph Connolly

Address of Server: 4647 W. 103rd St. Oak Lawn IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.