IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL IVY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3826 |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER POWERS, OFFICER | ) | Judge KENDALL |
| CABALLERO, OFFICER KINSELLAS, | ) | |
| OFFICER LARA, OFFICER MCKENNA, | ) | Magistrate Judge KEYS |
| and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants City of Chicago (herein "City"), through its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants Powers, Caballero, Kinsellas, Lara and McKenna, through their attorney, Sanjay Patel, Assistant Corporation Counsel, move this Court, pursuant to Federal Rule of Civil Procedure 6(b), to grant all defendants an extension of time until October 9, 2008, to answer or otherwise plead in response to plaintiff's complaint. In support of this motion, the defendants state as follows:

1. On July 3, 2008. plaintiff filed his four-count complaint, which alleges a federal excessive force claim and a state law battery claim against seven Chicago police officers, as well as state law claims against the City.

2. Plaintiff's complaint and summons were received by the City on or about August 7, 2008. Plaintiff's complaint and summons were received by defendant Officers Lara, Caballero and Kinsella on August 20, 2008;and by Defendant Officer Powers on August 23, 2008. Officer

McKenna has yet to receive notice of this case.

3. Additionally, counsel for defendants was assigned this case and received plaintiff's complaint on September 2, 2008, several days after all defendants were due to respond to plaintiff's complaint.

4. Consequently, counsel for defendants have not yet begun the process of investigating the allegations in the plaintiff's complaint and gathering and examining the pertinent records.

5. Accordingly, defendants request time until October 10, 2008, to answer or otherwise plead in response to plaintiff's complaint.

6. This is the first extension of time any defendant has sought in this case.

7. This motion is not brought for the purpose of delay or any other improper purpose, but in the interest of litigation economy.

8. Plaintiff will not be prejudiced if the requested extension of time is granted.

9. Sanjay Patel, a counsel for defendants, spoke with one of plaintiff's counsels, Elliot Richardson, on September 9, 2008, and plaintiff does not oppose this motion.

WHEREFORE, defendants request the Court to grant defendants an extension of time until October 2, 2008, to file their answers or otherwise plead to plaintiff's complaint.

Respectfully submitted,

Mara S. Georges
Corporation Counsel of the
City of Chicago
By: *s/ Sanjay Patel*
Sanjay Patel
Assistant Corporation Counsel

                *s/ Sanjay Patel*
                Sanjay Patel
                Assistant Corporation Counsel
                Attorney for defendants Powers, Caballero,
                Kinsellas, Lara and McKenna

Dated: September 5, 2008

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-3902