**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAMUEL IVY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3826 |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER POWERS, OFFICER | ) | Judge KENDALL |
| CABALLERO, OFFICER KINSELLAS, | ) | |
| OFFICER LARA, OFFICER MCKENNA, | ) | Magistrate Judge KEYS |
| and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

To:   Horwitz, Richardson &Baker
      20 S. Clark St., suite 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge KENDALL, or before such other Judge sitting in her place or stead, on **9-11-08 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2319** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 9-5-08, in accordance with the rules on electronic filing of documents

                                          Respectfully submitted,
                                          /s/  SanjayPatel
                                          SANJAY H. PATEL
                                          Assistant Corporation Counsel
                                          30 N. LA SALLE ST., SUITE 1400
                                          CHICAGO, ILLINOIS  60602
                                          (312) 742-3902
                                          ATTORNEY NO. 06272840